IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHYSICIAN ENDORSED, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) C.A. No. 04-894 JJF<br>JEFFREY CLARK, )<br>)<br>Defendant. )<br>) | |

### NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Steven L. Caponi of the law firm of Blank Rome LLP substitutes his appearance for Mary B. Matterer now of the law firm of Morris, James, Hitchens & Williams LLP on behalf of Plaintiff Physician Endorsed, LLC.

Dated: March 9, 2005

| | |
|---|---|
| /s/ Steven L. Caponi | /s/ Mary B. Matterer |
| Steven L. Caponi (#3484)<br>BLANK ROME LLP<br>1201 Market Street, Suite 800<br>Wilmington, Delaware 19801<br>302.425.6400<br>caponi@blankrome.com | Mary B. Matterer (#2696)<br>MORRIS, JAMES, HITCHENS &<br>WILLIAMS LLP<br>222 Delaware Avenue, 10th Floor<br>Wilmington, Delaware 19801<br>302.888.6800<br>mmatterer@morrisjames.com |

119383.00801/40151424v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of March, 2005, I electronically filed the foregoing document, **NOTICE OF SUBSTITUTION OF COUNSEL**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Sean T. O'Kelly, Esq.
CROSS & SIMON, LLC
913 North Market Street, Suite 1001
Wilmington, DE 19801

Additionally, I hereby certify that on the 9th day of March, 2005, the foregoing document was served via facsimile on the following non-registered participant:

Daniel P. Maguire, Esq.
423 E Street
Davis, CA 95616
Fax 530.750.3793

                                         /s/ Steven L. Caponi
                                         Steven L. Caponi (#3484)
                                         BLANK ROME LLP
                                         1201 Market Street, Suite 800
                                         Wilmington, Delaware 19801
                                         302.425.6400
                                         caponi@blankrome.com

                                         Attorneys for Plaintiff
                                         Physician Endorsed, LLC