IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHYSICIAN ENDORSED, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-894 JJF |
| ) | |
| JEFFREY CLARK, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF APPEAL

Notice is hereby given that Plaintiff Physician Endorsed, LLC in the above named case hereby appeals to the United States Court of Appeals for the Third Circuit from an Order granting Defendant's Motion to Dismiss, Docket No. 21, entered in this action on June 27, 2005. This Notice is given pursuant to 28 U.S.C. § 1291, and in conformance with FED. R. APP. P. 3(a)(1) and 4(a)(1)(A).

Respectfully submitted,

Dated: July 27, 2005

      /s/ Steven L. Caponi
Steven L. Caponi (#3484)
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, Delaware 19801
302.425.6400
caponi@blankrome.com

Attorneys for Plaintiff
Physician Endorsed, LLC

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that copies of the foregoing **NOTICE OF APPEAL** were served, this 27th day of July, 2005, on the following attorneys of record as indicated:

**BY FAX AND U.S. Mail**

Sean T. O'Kelly, Esq.
CROSS & SIMON, LLC
913 North Market Street, Suite 1001
Wilmington, DE 19801

**BY FAX AND U.S. Mail**

Daniel P. Maguire, Esq.
423 E Street
Davis, CA 95616
Fax 530.750.3793

_/s/ Steven L. Caponi_
Steven L. Caponi

119383.00801/40155462v1