IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PHYSICIAN ENDORSED LLC,           :
                                  :
        Plaintiff,                :
                                  :
    v.                            : Civil Action No. 04-894 JJF
                                  :
JEFFREY CLARK,                    :
                                  :
        Defendant.                :

### ORDER

At Wilmington, this 27 day of June 2005, for the reasons set forth in the Memorandum Opinion issued this date,

IT IS HEREBY ORDERED that the Motion To Dismiss For Lack Of Personal Jurisdiction (D.I. 9) filed by Defendant Jeffrey Clark is **GRANTED**.

                                    _____
                                    UNITED STATES DISTRICT JUDGE