UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

<u>No. 5-3625</u>

Phy Endorsed LLC

vs.

Clark

Physician Endorsed, LLC, Appellant

(Delaware District Civil No. 04-cv-00894)

**O R D E R**

In accordance with the agreement of the parties in the above entitled case, it is entered dismissed by the Clerk under the authority conferred upon her by Rule 42(b), Federal Rules of Appellate Procedure.



A True Copy:

Marcia M. Waldron, Clerk

/s/ Marcia M. Waldron
Clerk
United States Court of Appeals
for the Third Circuit

Date: March 16, 2006

cc:
    Steven L. Caponi, Esq.
    Sean T. O'Kelly, Esq.